IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| OREGON NATURAL DESERT ASS'N *et al.*,<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>TOM TIDWELL, *et al.*,<br><br>　　　　　　Defendants,<br>　v.<br><br>OREGON CATTLEMEN'S ASS'N, *et al.*,<br><br>　　　　　　Defendant-Intervenors. | Case No. 2:07-cv-1871-HA<br>[Related Case No. 3:03-cv-381-HA]<br>[Related Case No. 2:08-cv-151-HA]<br><br>　　　　~~[PROPOSED]~~ ORDER |

HAGGERTY, District Judge:

On July 2, 2013, the court entered an Order [686] granting in part and denying in part plaintiffs' Motion for Attorney Fees [664]. The court ordered plaintiffs to prepare a proposed order awarding the fees and costs as reduced by the Order, and, prior to submitting the proposed order, to provide federal defendants with seven days to object to any calculations conducted by plaintiffs. Now, the parties having followed my instructions as set out in the July 2, 2013 Order,

[PROPOSED] ORDER
1

IT IS ORDERED that plaintiffs are awarded the sum of $1,136,728.77 for attorney fees and the sum of $114,179.01 for costs.

DATED this __8__ day of __August__, 2013.

*[signature]*

Ancer L. Haggerty
United States District Judge

SUBMITTED BY:

s/ Peter M. Lacy
_____

Peter M. Lacy (OSB # 01322)

Of Attorneys for Plaintiffs